```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

PHILLIP EUGENE PARMLEY                                    PETITIONER

    V.                    Civil No. 07-6082

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

### O R D E R

On this 24th day of June 2008, there comes on for consideration the report and recommendation filed in this case on April 24, 2008, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 14.) Petitioner has filed written objections to the report and recommendation (Doc. 17), and Respondent filed a response to the objections (Doc. 18).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DENIED as untimely and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

```
                            /s/ Robert T. Dawson
                            Honorable Robert T. Dawson
                            United States District Judge
```