IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILIP EUGENE PARMLEY                                    PETITIONER

    v.               Case No. 6:07-CV-6082

LARRY B. NORRIS, Director,
Arkansas Department of Corrections                       RESPONDENT

## **ORDER**

Now on this 5th day of September, 2008, there comes on for consideration Petitioner's motion for a certificate of appealability filed on July 14, 2008 in the above-styled case.

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the motion should be and hereby is DENIED.

                                                  */s/ Robert T. Dawson*
                                                  Honorable Robert T. Dawson
                                                  United States District Judge